IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

    **Plaintiff,**

v().                                                                                                     Case No. 1:22-cv-2-AW-HTC

**JODY CAIL, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The court earlier stayed the case pending resolution of Plaintiff James Lee Ballard's state charges. ECF No. 93. The state charges are now resolved, and the stay has been lifted. ECF No. 104.

The magistrate judge has issued a report and recommendation concluding the court should dismiss Plaintiff's claims. ECF No. 105. Having carefully considered the matter, and having reviewed de novo the issues raised in Plaintiff's objections[1], I have determined the report and recommendation should be adopted. I now incorporate it into this order.

---

[1] Plaintiff filed an "Objection to Defendants Motion to Dismiss, and Motion to Proceed With Supplemental Statement of Facts." ECF No. 107. He then filed another document with the same title but with additional attachments. ECF No. 108. Given their titles, it is unclear if the documents were intended as objections to the report and recommendation. In an abundance of caution, I have treated them as such.

The motion for appointment of counsel (ECF No. 103) is DENIED in an exercise of the court's discretion. Plaintiff has no constitutional right to appointed counsel here, and there has been no showing of such exceptional circumstances that appointed counsel would be appropriate. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999).

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The clerk will then close the file.

SO ORDERED on October 25, 2023.

                                         s/ *Allen Winsor*
                                         United States District Judge